# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pryor, Jill A. | Court of Appeals-Eleventh Circuit | 05/15/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Court of Appeals Judge (Active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

56 Forsyth Street
Atlanta, GA 30303

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | ███████ |
| 2. | Member | ████████████████████ ) |
| 3. | President, Director | ███████████ |
| 4. | Member | ████████████ |
| 5. | Trustee | Trust #1 (VII line 13) |
| 6. | Member | ██████ |
| 7. | Member | ██████ |
| 8. | Member | ████████ |
| 9. | | |
| 10. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2016 |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Bondurant Mixson & Elmore, LLP via Edward B. Krugman, PC - wages and distributions |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Georgia Association for Women Lawyers | 11/30/15-12/2/15 | Washington, D.C. | Sponsor bar group being sworn in to U.S. Supreme Court | Hotel, airfare |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Ditech | Mortgage on rental property #2 (VII line 2) | M |
| 2. | Morgan Stanley | Line of credit secured by investment accounts; used to pay off mortgage on rental property #3(VII line 3) | N |
| 3. | Wells Fargo | Mortgage on rental property #4 (VII line 4) | N |
| 4. | Bank of America | Mortgage on rental property #5 (VII line 5) | M |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Rental property #1, Atlanta, Fulton County, Georgia | E | Rent | M | W | | | | | |
| 2. | Rental property #2, Atlanta, Fulton County, Georgia | E | Rent | N | W | | | | | |
| 3. | Rental property #3, Atlanta, Fulton County, Georgia | G | Rent | O | W | | | | | |
| 4. | Rental property #4, Sarasota, Sarasota County, Florida | D | Rent | N | W | | | | | |
| 5. | Rental property #5, Sarasota, Sarasota County, Florida | F | Rent | N | W | | | | | |
| 6. | �ना #2, Sarasota, Sarasota County, Florida | D | Rent | N | W | | | | | |
| 7. | SunTrust bank accounts | A | Interest | K | T | | | | | |
| 8. | Bank of America bank accounts | A | Interest | J | T | | | | | |
| 9. | Associated Credit Union account | A | Dividend | J | T | | | | | |
| 10. | State Bank bank accounts | A | Interest | L | T | | | | | |
| 11. | Citibank cash accounts | A | Interest | K | T | | | | | |
| 12. | Atlantic Capital bank account | A | Interest | | | Closed | 07/23/15 | J | | |
| 13. | Trust #1 -AXA Equitable Whole Life insurance policy | C | Dividend | M | T | | | | | |
| 14. | ▬▬▬▬▬▬ | | None | N | W | | | | | |
| 15. | ▬▬▬▬▬▬ | | None | K | W | | | | | |
| 16. | Fifth Third Bank | A | Interest | K | T | | | | | |
| 17. | Morgan Stanley Bank Deposit Program (cash equivalent) | A | Interest | P1 | T | Open | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IBM Corp. stock | A | Dividend | K | T | | | | | |
| 19. Intel Corp. stock | A | Dividend | K | T | | | | | |
| 20. Coca-Cola Co. stock | A | Dividend | J | T | | | | | |
| 21. Xerox Corp. stock | A | Dividend | J | T | | | | | |
| 22. NewsCorp C1-B stock | A | Dividend | K | T | | | | | |
| 23. Active Bear ETF | | None | L | T | Buy (add'l) | 02/12/15 | K | | |
| 24. Avigilon Corp | | None | L | T | Buy (add'l) | 05/06/15 | J | | |
| 25. | | | | | Buy (add'l) | 07/07/15 | J | | |
| 26. Berkshire Hathaway C1-B stock | | None | L | T | | | | | |
| 27. Vodafone Group PLC | A | Dividend | | | Sold | 02/10/15 | J | | |
| 28. Alphabet Inc CL-A stock (formerly Google Inc CL-A stock) | | None | K | T | | | | | |
| 29. Alphabet Inc CL-C stock (formerly Google Inc CL-C stock) | | None | K | T | | | | | |
| 30. Telefonica SA ADR | A | Dividend | J | T | | | | | |
| 31. | A | Int./Div. | | | | | | | |
| 32. American International Group stock | A | Dividend | L | T | | | | | |
| 33. FPA Crescent Fund - I | E | Dividend | O | T | Sold (part) | 01/16/15 | J | A | |
| 34. Federated International Strategic Value Dividend Fund - I | D | Dividend | M | T | Buy (add'l) | 02/13/15 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. First Eagle Global Fund - 1 | D | Dividend | N | T | | | | | |
| 36. Harbor Capital Appreciation Fund | B | Dividend | K | T | | | | | |
| 37. Henderson European Focus Fund - 1 | B | Dividend | M | T | Buy (add'l) | 02/12/15 | L | | |
| 38. Heritage-Crystal Clean Inc | | None | K | T | Buy | 09/25/15 | K | | |
| 39. | | | | | Buy (add'l) | 09/28/15 | J | | |
| 40. | | | | | Buy (add'l) | 09/30/15 | J | | |
| 41. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 42. | | | | | Buy (add'l) | 10/16/15 | J | | |
| 43. | | | | | Buy (add'l) | 12/07/15 | J | | |
| 44. Mainstay Epoch Global Equity Yield Fund - A | D | Dividend | M | T | | | | | |
| 45. PIA Short Term Securities Fund | A | Dividend | J | T | | | | | |
| 46. Sharpspring Inc Com | | None | K | T | Buy | 08/10/15 | K | | |
| 47. | | | | | Buy (add'l) | 08/11/15 | J | | |
| 48. | | | | | Buy (add'l) | 08/12/15 | J | | |
| 49. | | | | | Buy (add'l) | 08/13/15 | J | | |
| 50. | | | | | Buy (add'l) | 08/17/15 | J | | |
| 51. | | | | | Buy (add'l) | 08/18/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 08/21/15 | J | | |
| 53. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 54. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 55. | | | | | Buy (add'l) | 09/03/15 | J | | |
| 56. | | | | | Buy (add'l) | 09/04/15 | J | | |
| 57. | | | | | Buy (add'l) | 09/17/15 | J | | |
| 58. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 59. | | | | | Buy (add'l) | 10/01/15 | J | | |
| 60. | | | | | Buy (add'l) | 11/18/15 | J | | |
| 61. | | | | | Buy (add'l) | 11/23/15 | J | | |
| 62. | | | | | Buy (add'l) | 11/25/15 | J | | |
| 63. T. Rowe Price Capital Appreciation Fund | C | Dividend | K | T | Sold (part) | 02/11/15 | M | E | |
| 64. | | | | | Sold (part) | 02/13/15 | M | E | |
| 65. TCW Emerging Markets Income Fund - I | D | Dividend | J | T | Sold (part) | 12/30/15 | L | | |
| 66. TCW Total Return Bond Fund - I | C | Dividend | M | T | Sold (part) | 01/16/15 | J | A | |
| 67. Templeton Global Bond Fund - Adv | C | Dividend | J | T | Sold (part) | 12/31/15 | M | | |
| 68. Tweedy Browne Global Value Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard FTSE Emerging Markets | B | Dividend | M | T | Buy | 12/18/15 | M | | |
| 70. Vanguard Intermediate Term Tax-Exampt Fund - Inv | B | Dividend | L | T | | | | | |
| 71. Vanguard Limited Term Tax-Exampt Fund | B | Dividend | M | T | | | | | |
| 72. Wells Fargo Adv Ultra S/T Muni Income Fund - Inst | A | Dividend | M | T | | | | | |
| 73. Wells Fargo Emerging Markets Equity - Inst | A | Dividend | J | T | Sold (part) | 01/16/15 | J | | |
| 74. | | | | | Sold (part) | 12/18/15 | M | | |
| 75. Wells Fargo Adv St Muni Bond Fund - Inst | B | Dividend | M | T | | | | | |
| 76. 401k Bondurant, Mixson & Elmore, LLP Risk Level 4 Portfolio | F | Int./Div. | P1 | T | | | | | |
| 77. AXA Equitable: AXA International Core Volatility | | None | K | T | | | | | |
| 78. AXA Equitable: EQ/GAMCO Small Company Value Annuity | | None | J | T | | | | | |
| 79. AXA Equitable: EQ/Morgan Stanley Mid Cap Growth Annuity | | None | J | T | | | | | |
| 80. AXA Equitable: EQ/Quality Bond Plus | | None | L | T | | | | | |
| 81. AXA Equitable: AXA Large Cap Growth | | None | K | T | | | | | |
| 82. AXA Equitable: AXA Large Cap Value Volatility | | None | K | T | | | | | |
| 83. Excelerate Discovery, LLC | | None | K | U | | | | | |
| 84. TrustPoint International, LLC | | None | K | U | | | | | |
| 85. River's Edge Landing, LLC | | None | M | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Ledbetter Lake Investors, LLC | | None | M | U | | | | | |
| 87. Dasher's Bay at Effingham, LLC | | None | L | U | | | | | |
| 88. Fideilty Advisor 529 College Portfolio - CL A | | None | M | T | | | | | |
| 89. Fidelity Advisor 529 Portfolio 2025 - CL A | | None | M | T | | | | | |
| 90. MS HP Millenium USA II LP ID | | | | | Sold | 05/04/15 | N | F | |
| 91. HPD Starboard Value LP CL D | | None | M | T | | | | | |
| 92. MS HPD OZ DP II Fund I CL D | | | | | Sold | 08/04/15 | M | E | |
| 93. SkyBridge Multi-Advisor Hedge Fund Portfolio Series G | E | Dividend | N | T | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, line 2 - This entity owns a residential apartment building described in Part VII, line 3.

Part I, line 3 - This entity owns an undeveloped residential lot described in Part VII, line 14.

Part I, line 4 - This entity owns undeveloped lots described in Part VII, line 15.

Part I, lines 6-8 - These entities were set up to own individual rental properties, but the properties have not been transferred to them. They have no assets.

Part VII, line 12 - Account closed.

Part VII, line 28 - Name change in 2015. Was previously listed as "Google Inc CL-A stock"

Part VII, line 29 - Name change in 2015. Was previously listed as "Google Inc CL-C stock"

Part VII, line 46 - Name change in 2015. Was previously "SMTP Inc Com"

Part VII, line 72 - Mutual fund class exchange in 2015. Was previously "Wells Fargo Adv Ultra S/T Muni Income Fund - Adm"

Part VII, line 73 - Mutual fund class exchange in 2015. Was previously "Wells Fargo Emerging Markets Equity - Adm"

Part VII, line 75 - Mutual fund class exchange in 2015. Was previously "Wells Fargo Adv St Muni Bond Fund - Adm"

Part VII, line 76 - Filer has no control over investments within 401k beyond choosing a general category of risk.

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jill A. | 05/15/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jill A. Pryor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544